Before GAJARSA, Circuit Judge, ARCHER, Senior Circuit Judge, and DYK, Circuit Judges.

*Judgment*

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Before LOURIE, RADER, and BRYSON, Circuit Judges.

*JUDGMENT*

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**MARTELL & ASSOCIATES FINANCIAL SERVICES COMPANY, Appellant,**

v.

**COMMERCE BANCORP, INC., Appellee.**

No. 05–1186.

United States Court of Appeals, Federal Circuit.

Dec. 7, 2005.

**In re Michael T. TRESE and George A Williams.**

No. 05–1268, 09/820, 159.

United States Court of Appeals, Federal Circuit.

Dec. 7, 2005.

Before MICHEL, Chief Judge, CLEVENGER and SCHALL, Circuit Judges.